UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATYANA ENKIN,<br><br>                          Plaintiff,<br><br>-against-<br><br>TRUMP WORLDWIDE 845 UNITED NATIONS PLAZA NEW YORK, NY 10017, AKA TRUMPUN PLAZA, 845 UNITED NATIONS PLAZA; JOHN DOE,<br><br>                          Defendants. | 24CV2834 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 14, 2024
              New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge